UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KYLE LEE STACY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00705-MPB-TAB ) |
| DELAWARE COUNTY SHERIFF, | ) ) |
| Defendant. | ) |

**ORDER**

The Court has received the parties' joint report regarding the status of their settlement negotiations. The parties shall have **through December 17, 2025,** to file a stipulation of dismissal or move to extend this deadline.

**SO ORDERED.**

Date: 11/5/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email